(Official Form 1) (12/03)

| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**District of Delaware** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>M T S, Incorporated, a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>94-1500342 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2500 Del Monte St.<br>West Sacramento, CA 95691 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principle Place of Business:<br>Sacramento, CA | County of Residence or of the<br>Principle Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this district.

| **Type(s) of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**<br>(Check one box) |
|---|---|---|
| ☐ Individual(s)<br>☒ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☐ Chapter 7      ☒ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 – Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business      ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

RLF1-2703542-1

(Official Form 1) (12/03)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>M T S Incorporated, a California Corporation | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>See Attached Exhibit 1. | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

X _____
Signature of Attorney

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Telephone (302) 651-7700 and Fax (302) 651-7701

and

Stephen Warren, Esq.
O'Melveny & Myers LLP
400 S. Hope St.
Los Angeles, CA 90071
Telephone (213) 430-6000 and Fax (213) 430-6407

2/9/04
_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
E. Allen Rodriguez
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
February 9, 2004
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primary consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
X No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156

LA3:1059152 3

## Exhibit 1

### List of Filing Entities

Tower Records, Incorporated
M T S, Incorporated
Three A's Holdings, L.L.C.
8775 Sunset, Inc.
Columbus & Bay, Inc.
Jeremy's Holdings, LLC
R.T. Records, Incorporated
Tower Direct LLC
33rd Street Records, Incorporated
T.R. Services, Incorporated
Ireland TR, Incorporated
Pipernick Corp.
TR Argentina, Incorporated
TR Israel, Incorporated
TR Mexico, Incorporated
Tower Graphics, Incorporated

<u>CERTIFICATE OF SECRETARY OF</u>
<u>MTS, INCORPORATED</u>

The undersigned, DeVaughn D. Searson, hereby certifies that:

1. He is the duly elected and qualified Secretary of MTS, Incorporated (the "Company").

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of resolutions adopted by the Board of Directors of the Company on February 5, 2004, and no other resolutions have been adopted relating to the subject matter thereof by such Board of Directors or any committee thereof.

IN WITNESS WHEREOF, the undersigned has executed this Certificate this 5th day of February, 2004.

DeVaughn D. Searson
Secretary

## EXHIBIT A

### Resolutions

### Ratification and Approval of Joint Plan of Reorganization and Approval of Filing of Petition Under Chapter 11 of the United States Bankruptcy Code

WHEREAS, the Corporation has effected an exchange offer to the holders of the Corporation's 9⅜% Senior Subordinated Notes due 2005 (the "Notes") and solicited the vote of such holders on a prepackaged Joint Plan of Reorganization (the "Joint Plan of Reorganization") in accordance with Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code");

WHEREAS, the Corporation has received the required approval from the holders of the Notes for the exchange offer and the Joint Plan of Reorganization;

WHEREAS, the Joint Plan of Reorganization is in the best interests of the Corporation and its shareholders and creditors;

WHEREAS, in order to consummate the Joint Plan of Reorganization, the Corporation desires to file a petition under Chapter 11 of the Bankruptcy Code;

WHEREAS, the Corporation has requested that The CIT Group/Business Credit, Inc. ("CIT"), and certain other financial institutions (together with CIT, the "Lenders"), and the Lenders have agreed to, extend a postpetition credit facility to the Corporation in an aggregate principal amount not to exceed $100,000,000 by amending the existing credit facility provided by the Lenders; and

WHEREAS, the postpetition loans, advances and other financial accommodations to be provided by the Lenders are in the best interests of the Corporation.

NOW THEREFORE, be it:

RESOLVED, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of the Corporation, it is in the best interest of the Corporation, its creditors, its shareholders and other interested parties, that a petition be filed pursuant to Chapter 11 of the United States Bankruptcy Code on behalf of the Corporation to pursue confirmation of the Joint Plan of Reorganization and preserve the value available to the creditors and shareholders of the Corporation and its subsidiaries.

RESOLVED FURTHER, that filing of a voluntary petition on behalf of the Corporation be, and the same hereby is, approved and adopted in all respects and that the Chief Executive Officer be, and hereby is, authorized, on behalf of the Corporation, to execute and verify a petition and any other supporting documents, applications or pleadings, and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said officer may deem necessary or appropriate (the "Bankruptcy Court").

RESOLVED FURTHER, that the Joint Plan of Reorganization be, and the same hereby is, approved and adopted in all respects and the officers of the Corporation be, and each hereby is, authorized, on behalf of the Corporation, to pursue confirmation of the Joint Plan of Reorganization by the Bankruptcy Court pursuant to Section 1129 of the Bankruptcy Code.

RESOLVED FURTHER, that each of the officers of the Corporation be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such officer may deem necessary or proper in connection with such Chapter 11 case or pursuit of confirmation of the Joint Plan of Reorganization;

RESOLVED FURTHER, that the officers of the Corporation be, and each hereby is, authorized to retain on behalf of the Corporation such counsel, investment bankers or other financial advisors, and such other professionals as such officer deems necessary or appropriate, upon such terms and conditions as such officer shall approve, to render services to the Corporation in connection with such Chapter 11 proceedings and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that the Amended and Restated Loan and Security Agreement between the Corporation and the Lenders in substantially the form presented to the Board (the "Loan Agreement") be, and the same hereby is, approved and adopted in all respects and that the officers or agents of the Corporation, and each of them, are hereby authorized, directed and empowered to make, execute and deliver, either jointly or severally, for and on behalf of and in the name of the Corporation, the Loan Agreement with such changes thereto as the person executing the same shall approve, such approval to be conclusively evidenced by the execution and delivery thereof, and any other agreements (including without limitation, any guaranties and any reaffirmations) with the Lenders relating to the terms and conditions upon which the postpetition loans, advances and other financial accommodations may be obtained from the Lenders and to the security to be furnished by the Corporation therefor, related Uniform Commercial Code financing statements, and any and all amendments, supplements, modifications, extensions, renewals, replacements and agreements, documents and instruments relating to the foregoing or requested by the Lenders;

RESOLVED FURTHER, that any of the officers or agents of the Corporation, and each of them, are hereby authorized, directed and empowered, for and on behalf of and in the name of the Corporation (a) to borrow from the Lenders such amount or amounts of money or obtain postpetition loans, advances and such other financial accommodations as may be made available to the Corporation by the Lenders pursuant to the Loan Agreement and (b) to extend or renew any loan or loans or any installment of principal or interest thereof, or any indebtedness owing to the Lenders pursuant to the Loan Agreement;

RESOLVED FURTHER, that the officers and agents of the Corporation, and each of them, for and on behalf of and in the name of the Corporation, are hereby authorized, directed and empowered to make, execute and deliver, from time to time, the note or notes of the Corporation, evidencing said loan or loans, extensions or renewals, and to sell, transfer, lease, assign, hypothecate, set over, otherwise transfer, grant security interests in, or pledge any or all

of the property of the Corporation, real, personal, or mixed, tangible or intangible, now owned or hereafter acquired as security or otherwise, as required under the Loan Agreement.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **M T S Incorporated, a California** | : | **Case No. 04-_____ (    )** |
| **corporation,** | : | **Jointly Administered** |
|  | : |  |
| **Debtor.** | : |  |
|  | : |  |

## <u>CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST CLAIMS</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

   The following list attached hereto as Exhibit A is a list of the above referenced

Debtor's creditors holding the fifty (50) largest unsecured claims. The list is prepared in

accordance with Fed.R.Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not

include (1) persons falling under the definition of "insider" as defined in 11 U.S.C. § 101, or (2)

secured creditors unless the value of collateral is such that the unsecured deficiency places the

creditor among the holders of the fifty (50) largest claims.

**Exhibit A**

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                          Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

Following is a list of the debtor's creditors holding the 50 largest unsecured claims.  The list is prepared in accordance with FED. R. Bankr. P 1007(d) for the filing in this chapter 11 [or chapter 9] case  The list does not include (1) persons who come within the definition of 'insider' set forth in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors  This list is consolidated for all of the Debtors, but does not mean that all of the Debtors have joint or several liability  This list reflects amounts as of January 23, 2004.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, Including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|
| 1  US BANK CORPORATE TRUST SERVICES P.O. BOX 778 BOSTON, MA 02102-0778 | US BANK CORPORATE TRUST SERVICES P.O. BOX 778 BOSTON  MA 02102-0778 ATTN: MARY PARKHOUSE TEL: (617) 603-6429 FAX: (617) 603-6640 | INDENTURE TRUSTEE FOR $110 MILLION BOND OBLIGATION [2] | | | | $110,000,000.00 |
| 2  UNIVERSAL MUSIC & VIDEO 9999 E. 121ST ST. FISHERS, IN 46038 | UNIVERSAL MUSIC & VIDEO 9999 E. 121ST ST. FISHERS, IN 46038 ATTN: JOHN KAHLOW TEL: (317) 595-5176 FAX: (317) 595-5451 | AP VENDOR | | | | $15,619,969.67 |
| 3  WEA DISTRIBUTION 3400 WEST OLIVE AVE. 6TH FLOOR BURBANK, CA 91505 | WEA DISTRIBUTION 3400 WEST OLIVE AVE., 6TH FLOOR BURBANK, CA 91505 ATTN: KIRSTIN STACHOWIAK TEL: (805) 579-1243 FAX: (805) 579-1436 | AP VENDOR | | | | $13,696,312.61 |
| 4  SONY MUSIC ENTERTAINMENT 2100 COLORADO AVE., 3RD FLOOR SANTA MONICA, CA 90404 | SONY MUSIC ENTERTAINMENT 2100 COLORADO AVE., 3RD FLOOR SANTA MONICA, CA 90404 ATTN: RICH CAZIN TEL: (310) 449-2440 FAX: (310) 449-2443 | AP VENDOR | | | | $7,134,391.25 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

[2] See Annex A for a list of largest bond holders known to the debtor

FORM B4 (06/90)

MTS, Incorporated
_____

Debtor                                                Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 5  BMG DISTRIBUTION 8750 WILSHIRE BLVD. BEVERLY HILLS. CA 90211 | BMG DISTRIBUTION 8750 WILSHIRE BLVD. BEVERLY HILLS, CA 90211 ATTN: JACKIE ROTTMAN TEL: (310) 358-4083 FAX: (310) 358-4073 | AP VENDOR | | | | $7,095,783 82 |
| 6  WHV/WARNER HOME VIDEO CREDIT 3601 W OLIVE BLVD  SUITE 800 BURBANK. CA 91505 | WHV/WARNER HOME VIDEO CREDIT 3601 W OLIVE BLVD . SUITE 800 BURBANK, CA 91505 ATTN: SEAN DOWD TEL : (818) 977-8972 FAX: (818) 729-1808 | AP VENDOR | | | | $3 311,393 95 |
| 7  EMI MUSIC DISTRIBUTION 501 FLYNN ROAD CAMARILLO. CA 93012 | EMI MUSIC DISTRIBUTION 501 FLYNN ROAD CAMARILLO. CA 93012 ATTN: JIM THEODOLOU TEL: (805) 384-5663 FAX: (805) 384-5674 | AP VENDOR | | | | $2,774,306 50 |
| 8  VENTURA DISTRIBUTION. INC 770 LAWRENCE DR THOUSAND OAKS  CA 91320 | VENTURA DISTRIBUTION, INC 770 LAWRENCE DR. THOUSAND OAKS, CA 91320 ATTN: CHERYL HERNANDEZ TEL: (888) 499-3700 FAX: (805) 498-7842 | AP VENDOR | | | | $1,773,632 68 |
| 9  NAVARRE CORPORATION 7400 49TH AVENUE NORTH NEW HOPE  MN 55428 | NAVARRE CORPORATION 7400 49TH AVENUE NORTH NEW HOPE. MN 55428 ATTN: PAT YOUNG TEL: (800) 728-4000 FAX: (612) 533-2156 | AP VENDOR | | | | $1,655,594 24 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore. this listing does not and should not be deemed to constitute:  (1) a waiver of any defense. counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims: and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                          Case No. (If known) _____

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 10  IMAGE ENTERTAINMENT, INC<br>9333 OSO AVENUE<br>CHATSWORTH, CA 91311 | IMAGE ENTERTAINMENT, INC<br>9333 OSO AVENUE<br>CHATSWORTH, CA 91311<br>ATTN: KRISTI KATILAVAS<br>TEL: (818) 407-9100<br>FAX: (818) 407-9330 | AP VENDOR | | | | $1,471,729.33 |
| 11  SONY RED C/O MELLON BANK<br>2100 COLORADO AVE., 3RD FLOOR<br>SANTA MONICA, CA 90404 | SONY RED C/O MELLON BANK<br>2100 COLORADO AVE., 3RD FLOOR<br>SANTA MONICA, CA 90404<br>ATTN: RICH CAZIN<br>TEL: (310) 449-2440<br>FAX: (310) 449-2443 | AP VENDOR | | | | $1,456,763.36 |
| 12  INTERNATIONAL PERIODICAL<br>27500 RIVERVIEW CENTER BLVD<br>SUITE 400<br>BONITA SPRINGS, FL  34134 | INTERNATIONAL PERIODICAL<br>27500 RIVERVIEW CENTER BLVD<br>SUITE 400<br>BONITA SPRINGS, FL  34134<br>ATTN: SANDRA GEYSER<br>TEL: (239) 949-4450<br>FAX: (239) 949-7632 | AP VENDOR | | | | $1,039,842.35 |
| 13  PARAMOUNT HOME VIDEO<br>5555 MELROSE AVENUE<br>LOS ANGELES, CA 90038 | PARAMOUNT HOME VIDEO<br>5555 MELROSE AVENUE<br>LOS ANGELES, CA 90038<br>ATTN: ANDI MARYGOLD<br>TEL: (323) 956-5489<br>FAX: (323) 862-1183 | AP VENDOR | | | | $1,027,989.29 |
| 14  MGM HOME ENTERTAINMENT<br>2450 BROADWAY, E-5260<br>SANTA MONICA  CA 90404-3061 | MGM HOME ENTERTAINMENT<br>2450 BROADWAY, E-5260<br>SANTA MONICA  CA 90404-3061<br>ATTN: JOHN ROUSSEY<br>TEL: (310) 586-8366<br>FAX: (310) 586-8390 | AP VENDOR | | | | $791,217.51 |

[1] The above information is based upon a review of the debtor's books and records   However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed   Therefore, this listing does not and should not be deemed to constitute:  (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                                      Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 15  COLUMBIA TRISTAR HOME VIDEO 10202 W WASHINGTON BLVD SPP STE.2404 CULVER CITY, CA 90232 | COLUMBIA TRISTAR HOME VIDEO 10202 W WASHINGTON BLVD SPP STE.2404 CULVER CITY, CA 90232 ATTN: DAN STEVES TEL: (310) 244-3672 FAX: (310) 244-4886 | AP VENDOR | | | | $693 325 40 |
| 16  EAGLES RECORDING CO II 21650 OXNARD ST., SUITE 1925 WOODLAND HILLS  CA 91367-2000 | EAGLES RECORDING CO II 21650 OXNARD ST., SUITE 1925 WOODLAND HILLS, CA 91367-2000 ATTN: IRVING AZOFF (MANAGER) TEL: (310) 209-3100 FAX: (310) 209-3132 | AP VENDOR | | | | $639 276.00 |
| 17  HARMONIA MUNDI U.S.A 1117 CHESTNUT STREET BURBANK, CA 91506 | HARMONIA MUNDI U.S.A 1117 CHESTNUT STREET BURBANK, CA 91506 ATTN: MILCE AGUILAR TEL: (818) 333-1500 FAX: (818) 333-1502 | AP VENDOR | | | | $606.704 94 |
| 18  RESPOND2 ENTERTAINMENT LLC 207 NW PARK AVE PORTLAND  OR  97209 | RESPOND2 ENTERTAINMENT LLC 207 NW PARK AVE PORTLAND, OR 97209 ATTN: JOHN GRANT (CONTROLLER) TEL: (503) 276-4094 FAX: (971) 544-3585 | AP VENDOR | | | | $570.188 40 |
| 19  AEC ONE STOP GROUP INC 4250 CORAL RIDGE DR CORAL SPRINGS  FL  33065 | AEC ONE STOP GROUP INC 4250 CORAL RIDGE DR CORAL SPRINGS, FL  33065 ATTN: ELAINE TEL: (954) 255-4879 FAX: (954) 255-4825 | AP VENDOR | | | | $550.307 84 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MIS, Incorporated
_____                    _____
Debtor                                                                                Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 20  VIDEO PRODUCTS DISTR<br>150 PARKSHORE DRIVE<br>FOLSOM, CA 95630 | VIDEO PRODUCTS DISTR<br>150 PARKSHORE DRIVE<br>FOLSOM, CA 95630<br>ATTN: SHERI JAMESON<br>TEL: (916) 605-1565<br>FAX: (916) 605-1652 | AP VENDOR | | | | $533,540.30 |
| 21  KOCH ENTERTAINMENT<br>22 HARBOR PARK DR<br>PORT WASHINGTON NY 11050 | KOCH ENTERTAINMENT<br>22 HARBOR PARK DR<br>PORT WASHINGTON NY 11050<br>ATTN: JIM HARDY<br>TEL: (516) 484-1000<br>FAX: (516) 484-4775 | AP VENDOR | | | | $434,998.84 |
| 22  MUSIC VIDEO DISTRIBUTORS<br>P.O. BOX 280<br>OAKS, PA 19456 | MUSIC VIDEO DISTRIBUTORS<br>P.O. BOX 280<br>OAKS, PA 19456<br>ATTN: DAVE BRUNO<br>TEL: (800) 888-0486<br>FAX: (610) 650-9102 | AP VENDOR | | | | $398,642.95 |
| 23  INNOVATIVE DISTRIBUTION NETWORK<br>4250 CORAL RIDGE DR.<br>CORAL SPRINGS, FL 33065 | INNOVATIVE DISTRIBUTION NETWORK<br>4250 CORAL RIDGE DR.<br>CORAL SPRINGS, FL 33065<br>ATTN: KARLA STEELE ROMANO X4658<br>TEL: (954) 255-4658<br>FAX: (212) 255-4698 | AP VENDOR | | | | $398,608.36 |
| 24  MAXELL CORP OF AMERICA<br>22-08 ROUTE 208<br>FAIRLAWN NJ 07410 | MAXELL CORP OF AMERICA<br>22-08 ROUTE 208<br>FAIRLAWN, NJ 07410<br>ATTN: JOE DEFEO<br>TEL: (800) 533-2836 X5959<br>FAX: (201) 796-8797 | AP VENDOR | | | | $387,525.76 |

[1] The above information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                                                    Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 25  CAROLINE RECORDS<br>501 FLYNN ROAD<br>CAMARILLO, CA 93012 | CAROLINE RECORDS<br>501 FLYNN ROAD<br>CAMARILLO, CA 93012<br>ATTN: JIM THEODOLOU<br>TEL: (805) 384-5663<br>FAX: (805) 384-5674 | AP VENDOR | | | | $372,555.28 |
| 26  SELECT-O-HITS INC.<br>1981 FLETCHER CREEK DR<br>MEMPHIS, TN 38133 | SELECT-O-HITS, INC.<br>1981 FLETCHER CREEK DR<br>MEMPHIS, TN 38133<br>ATTN: DENISE JOHNSON<br>TEL: (901) 388-1190<br>FAX: (901) 388-1243 | AP VENDOR | | | | $355,266.42 |
| 27  CITY HALL RECORDS<br>101 GLACIER POINT RD , SUITE C<br>SAN RAFAEL, CA 94901 | CITY HALL RECORDS<br>101 GLACIER POINT RD , SUITE C<br>SAN RAFAEL, CA 94901<br>ATTN: DAVID EVANS<br>TEL: (415) 457-9080<br>FAX: (415) 457-0780 | AP VENDOR | | | | $345,899.48 |
| 28  TELARC INTERNATIONAL CORP<br>23307 COMMERCE PARK RD<br>CLEVELAND, OH 44122 | TELARC INTERNATIONAL CORP<br>23307 COMMERCE PARK RD<br>CLEVELAND, OH 44122<br>ATTN: KAREN BURNS<br>TEL: (216) 464-2313<br>FAX: (216) 464-4108 | AP VENDOR | | | | $341,246.31 |
| 29  KOEN BOOK DISTRIBUTORS<br>10 TWOSOME DR<br>P.O  BOX 600<br>MOORESTOWN  NJ    08057 | KOEN BOOK DISTRIBUTORS<br>10 TWOSOME DR<br>P.O. BOX 600<br>MOORESTOWN, NJ    08057<br>ATTN: TONY GANGEMI<br>TEL: (800) 257-8481<br>FAX: (856) 727-6914 | AP VENDOR | | | | $337,917.35 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims: (2) an acknowledgment of the allowability of any of the below-listed claims: and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                                    Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 30  ELECTRO SOURCE, LLC<br>1840 E. 27TH ST.<br>VERNON, CA  90058 | ELECTRO SOURCE, LLC<br>1840 E. 27TH ST.<br>VERNON, CA  90058<br>ATTN: MIKE PLACIDO<br>TEL: (323) 234-9911<br>FAX: (323) 234-9922 | AP VENDOR |  |  |  | $299,115 50 |
| 31  NAXOS OF AMERICA, INC<br>416 MARY LINDSAY POLK DR.<br>SUITE 509<br>FRANKLIN, TN  37067 | NAXOS OF AMERICA, INC.<br>416 MARY LINDSAY POLK DR<br>SUITE 509<br>FRANKLIN, TN  37067<br>ATTN: RICHARD BIGGS<br>TEL: (615) 771-9393<br>FAX: (615) 771-6747 | AP VENDOR |  |  |  | $266,425 18 |
| 32  HAL LEONARD PUBL, CORP<br>960 EAST MARK STREET<br>WINONA, MN 55987 | HAL LEONARD PUBL, CORP<br>960 EAST MARK STREET<br>WINONA  MN 55987<br>ATTN: JEAN PAPENFUSS<br>TEL: (507) 454-2920<br>FAX: (507) 454-4042 | AP VENDOR |  |  |  | $265,671 91 |
| 33  TEE VEE TOONS INC.<br>23 EAST 4TH STREET<br>NEW YORK, NY 10003 | TEE VEE TOONS INC.<br>23 EAST 4TH STREET<br>NEW YORK, NY 10003<br>ATTN: DAVID GLICK<br>TEL: (212) 979-6410<br>FAX: (212) 979-6489 | AP VENDOR |  |  |  | $254,699 16 |
| 34  FANTASY, INC<br>2600 TENTH STREET<br>BERKELEY  CA  94710 | FANTASY, INC<br>2600 TENTH STREET<br>BERKELEY, CA  94710<br>ATTN: RALPH KAFFEL<br>TEL: (800) 227-0466<br>FAX: (510) 486-2015 | AP VENDOR |  |  |  | $235,235 91 |

[1] The above information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                              Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 35  DELTA ENTERTAINMENT CORP<br>1663 SAWTELLE BLVD<br>LOS ANGELES  CA  90025 | DELTA ENTERTAINMENT CORP<br>1663 SAWTELLE BLVD<br>LOS ANGELES, CA  90025<br>ATTN: ROB SIMS X115<br>TEL: (310) 268-1205<br>FAX: (310) 268-1279 | AP VENDOR | | | | $225,599.57 |
| 36  MODEL DISTRIBUTORS<br>318 WEST 39TH ST<br>9TH FLOOR<br>NEW YORK, NY  10018 | MODEL DISTRIBUTORS<br>318 WEST 39TH ST<br>9TH FLOOR<br>NEW YORK, NY  10018<br>ATTN: HOWARD SCHISLER<br>TEL: (800) 221-3420<br>FAX: (212) 727-0590 | AP VENDOR | | | | $224,890.72 |
| 37  LOS ANGELES TIMES<br>PO BOX 60040<br>LOS ANGELES  CA  90099-0021 | LOS ANGELES TIMES<br>PO BOX 60040<br>LOS ANGELES, CA  90099-0021<br>ATTN: OLIVIA SULLIVAN<br>TEL: (213) 237-7979<br>FAX: (213) 237-6184 | AP VENDOR - OPERATIONAL | | | | $212,948.27 |
| 38  DIAMOND COMICS INC<br>1966 GREENSPRING DRIVE, SUITE 300<br>TIMONIUM MD  21093 | DIAMOND COMICS INC.<br>1966 GREENSPRING DRIVE, SUITE 300<br>TIMONIUM, MD  21093<br>ATTN: BETH TRACEY<br>TEL: (800) 452-6642<br>FAX: (410) 560-7145 | AP VENDOR | | | | $200,351.95 |
| 39  PRO LINE PRINTING  INC<br>P.O. BOX 409527<br>ATLANTA  GA  30384-9527 | PRO LINE PRINTING, INC<br>P.O. BOX 409527<br>ATLANTA, GA  30384-9527<br>ATTN: KAREN SCOFIELD<br>TEL: (817) 401-9810 X108<br>FAX: (817) 401-8715 | AP VENDOR - OPERATIONAL | | | | $200,205.31 |

[1] The above information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____
Debtor                                                  Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|
| 40  MUSICRAMA, INC 43-01 22 ST  6TH FLOOR LONG ISLAND CITY  NY  11101 | MUSICRAMA, INC 43-01 22 ST  6TH FLOOR LONG ISLAND CITY, NY  11101 ATTN: ANETA SNIAROWSKI TEL: (718) 389-7818 FAX: (718) 383-5152 | AP VENDOR | | | | $197,490.83 |
| 41  FEDEX P O BOX 1140 MEMPHIS, TN  38101-1140 | FEDEX P O BOX 1140 MEMPHIS, TN  38101-1140 ATTN: LINDA TEL: (800) 622-1147 FAX: (559) 294-1903 | AP VENDOR - OPERATIONAL | | | | $193,145.12 |
| 42  GOTHAM DISTRIBUTING CORP 60 PORTLAND RD CONSHOHOCKEN. PA  19428 | GOTHAM DISTRIBUTING CORP 60 PORTLAND RD CONSHOHOCKEN, PA  19428 ATTN: TERRI ZADRAGA TEL: (610) 649-7650 FAX: (610) 649-0315 | AP VENDOR | | | | $191,747.58 |
| 43  BIG DADDY MUSIC DISTRIBUTION  INC 162 NORTH 8TH ST KENILWORTH. NJ  07033 | BIG DADDY MUSIC DISTRIBUTION  INC 162 NORTH 8TH ST KENILWORTH, NJ  07033 ATTN: DOUGLAS S  BAIL TEL: (908) 653-9110 FAX: (908) 653-9114 | AP VENDOR | | | | $189,067.46 |
| 44  MPI HOME VIDEO 16101 SOUTH 108TH AVENUE ORLAND PARK. IL  60462 | MPI HOME VIDEO 16101 SOUTH 108TH AVENUE ORLAND PARK, IL  60462 ATTN: GINA DAMON TEL: (708) 460-0555 FAX: (708) 873-3177 | AP VENDOR | | | | $183,543.15 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

MTS, Incorporated
_____    _____
Debtor                                                                                                           Case No. (If known)

### Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|
| 45  FUNKY ENTERPRISES, INC 132-05 ATLANTIC AVENUE RICHMOND HILL. NY 11418 | FUNKY ENTERPRISES, INC 132-05 ATLANTIC AVENUE RICHMOND HILL, NY 11418 ATTN: TONY GUZMAN TEL: (800) 221-6730 FAX: (718) 847-2760 | AP VENDOR | | | | $182,086.31 |
| 46  JOCELYN ENRIQUEZ 1415 EWING DRIVE CHULA VISTA. CA 91911 | JOCELYN ENRIQUEZ 1415 EWING DRIVE CHULA VISTA, CA 91911 ATTN: JOCELYN ENIQUEZ TEL: (619) 216-7287 FAX: N/A | AP VENDOR | | | | $170,203.65 |
| 47  NEW YORK TIMES CO P O BOX 19218 NEWARK, NJ 07195-0001 | NEW YORK TIMES CO P.O. BOX 19218 NEWARK, NJ 07195-0001 ATTN: ROB CASCARINO TEL: (415) 438-6557 FAX: (415) 438-6541 | AP VENDOR - OPERATIONAL | | | | $168,667.50 |
| 48  NEW WORLD MUSIC. INC PO BOX 2633 PALM SPRINGS. CA 92263-2633 | NEW WORLD MUSIC. INC PO BOX 2633 PALM SPRINGS, CA 92263-2633 ATTN: MICHAEL HAMILTO TEL: (760) 318-7023 FAX: (760) 318 7024 | AP VENDOR | | | | $149,223.99 |
| 49  LIONS GATE/VIDMARK ENTERTAINMENT 4553 GLENCOE AVENUE, SUITE 200 MARINA DEL REY. CA 90292 | LIONS GATE/VIDMARK ENTERTAINMENT 4553 GLENCOE AVENUE, SUITE 200 MARINA DEL REY, CA 90292 ATTN: CAROL CYR TEL: (310) 314-2000 FAX: (310) 452-9614 | AP VENDOR | | | | $145,815.09 |

[1] The above information is based upon a review of the debtor's books and records  However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed  Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

FORM B4 (06/90)

**MTS, Incorporated**

Debtor                                                                                    Case No. (If known)

## Form 4.  LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS [1]
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 50  J T.J EMPIRE RECORDS<br>P.O. BOX 16039<br>ENCINO, CA  91416 | J T J EMPIRE RECORDS<br>P.O. BOX 16039<br>ENCINO, CA  91416<br>ATTN: JEROME WOODS<br>TEL: (818) 264-7339<br>FAX: N/A | AP VENDOR | | | | $141,041 63 |

---

[1] The above information is based upon a review of the debtor's books and records   However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed   Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor

ANNEX A

# MTS, Incorporated - Largest Bond Holders

| Institution |
| --- |
| ADP/ICS |
| AIG Investment Group |
| Banc One High Yield Partners |
| Barclays Capital Inc. |
| Barclays Bank PLC |
| Barclay London |
| Bear, Stearns Securities Corp. |
| Boulder Investment Advisors |
| Citicorp |
| Columbia Management Group |
| Credit Suisse Asset Management |
| DB Distressed Opportunities Fund Ltd c/o Deutsche FD Admin Svces (Ireland Ltd) |
| Euroclear |
| Goldman Sachs & Co. |
| Greyhen Partners, LP |
| Gryphon Master Fund Ltd c/o Gryphon Mgmt Partners Ltd |
| Highland Capital Management |
| JP Morgan Chase |
| Levine Inv Limited Partnership |
| LoneStar Capital Management, LLC |
| LoneStar Partners LP |
| Mellon Bank |
| Mellon Trust of New England, N.A. |
| Morgan Stanley & Co, Inc. |
| Muzinich & Company |
| MW Post Portfolio Fund Ltd |
| Walkers Spv Ltd |
| MW Post Opportunity Offshore Fund Ltd |
| The Opportunity Fund LLC |
| Pacholder |
| Post Opportunity Fund LP |
| Post Advisory Group |
| Quattro Fund Ltd |
| Sphinx Distressed Fund Spc |
| Sphinx Distressed Fund MW Post Opportunity |
| State of South Dakota Retirement System Fund |
| State Street Bank & Trust Co. |
| UBS Financial Services, Inc. |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **M T S Incorporated, a California corporation,** | : | **Case No. 04-_____ (    )** |
|  | : | **Jointly Administered** |
| **Debtor.** | : |  |
|  | : |  |

## DECLARATION UNDER PENALTY OF PERJURY
## REGARDING DEBTOR'S LIST OF FIFTY LARGEST UNSECURED CLAIMS

THE UNDERSIGNED, A DULY AUTHORIZED OFFICER OF THE ABOVE-

NAMED Debtor, a California corporation, hereby certifies under penalty of perjury that the

foregoing list of fifty (50) largest unsecured claims reflects the Debtor's creditors that could be

ascertained after diligent inquiry, and is correct and consistent with the Debtor's books and

records. To the extent practicable, the Creditor List complies with Del. Bankr. LR 1007-1(a).

I declare under penalty of perjury and pursuant to Del. Bankr. LR 1007-1(a) the

foregoing is true and correct. Executed this 9th day of February, 2004.

DeVaughn Searson
Executive Vice President, Chief Financial Office,
Secretary and Treasurer

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|                                                      |     |                                                   |
|------------------------------------------------------|-----|---------------------------------------------------|
| In re:                                               | :   | Chapter 11                                        |
|                                                      | :   |                                                   |
| **M T S Incorporated, a California corporation,**    | :   | **Case No. 04-_____ (      )**                    |
|                                                      | :   | **Jointly Administered**                          |
|                                                      | :   |                                                   |
| **Debtor.**                                          | :   |                                                   |
|                                                      | :   |                                                   |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holder for the Debtor in the above captioned case is:

| Name | Address | Equity Holdings |
|------|---------|-----------------|
| Tower Records, Incorporated | 2500 Del Monte St. West Sacramento, CA 95691 | 100% Holder of Issued and Outstanding Shares |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **M T S Incorporated, a California** | : | **Case No. 04-_____ (     )** |
| **corporation,** | : | **Jointly Administered** |
| | : | |
| **Debtor.** | : | |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY
## REGARDING DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

THE UNDERSIGNED, A DULY AUTHORIZED OFFICER OF THE ABOVE-

NAMED Debtor, a California corporation, hereby certifies under penalty of perjury that the

attached list of equity security holders (the "List of Equity Security Holders") reflects the

Debtor's equity security holders that could be ascertained after diligent inquiry, and is correct

and consistent with the Debtor's books and records.  To the extent practicable, the List of Equity

Security Holders complies with Del. Bankr. LR 1007-1(a).

I declare under penalty of perjury and pursuant to Del. Bankr. LR 1007-1(a) the

foregoing is true and correct.  Executed this _9th_ day of _February_, 2004.

_____

DeVaughn Searson
Executive Vice President, Chief Financial Office,
Secretary and Treasurer

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| M T S Incorporated, a California corporation, | : | Case No. 04-_____ (    ) |
|  | : | Jointly Administered |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## CONSOLIDATED LIST OF CREDITORS

The debtor in this Chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on February 9, 2004 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101-1330. Due to its voluminous nature, a single consolidated list of creditors is being submitted to the Court electronically along with this petition.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M T S Incorporated, a California | : | Case No. 04-_____ (     ) |
| corporation, | : | Jointly Administered |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY
## REGARDING DEBTOR'S CONSOLIDATED CREDITOR LIST

THE UNDERSIGNED, A DULY AUTHORIZED OFFICER OF THE ABOVE-

NAMED Debtor, a California corporation, hereby certifies under penalty of perjury that the

Consolidated Creditor List submitted herewith reflects the Debtor's creditors that could be

ascertained after diligent inquiry, and is correct and consistent with the Debtor's books and

records.  To the extent practicable, the Creditor List complies with Del. Bankr. LR 1007-1(a).

I declare under penalty of perjury and pursuant to Del. Bankr. LR 1007-1(a) the

foregoing is true and correct.  Executed this 9th day of February, 2004.

_____

DeVaughn Searson
Executive Vice President, Chief Financial Office,
Secretary and Treasurer