## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| **M T S INCORPORATED, a California corporation,** | : |
| | : |
| | : **Case No. 04-10394 (BLS)** |
| **Debtor.** | : |
| | : Re: Docket No. 566 |

## ORDER ENTERING FINAL DECREE CLOSING
## THE DEBTOR'S CHAPTER 11 CASE

This matter coming before the Court on the Motion of the Debtor for an Order Entering Final Decree Closing the Debtor's Chapter 11 Case (the "Motion") filed by the above-captioned debtor (the "Debtor"); the Court having reviewed the Motion and all pleadings relating thereto; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Article 12 of the Plan and paragraph 16 of the Confirmation Order; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3.      The chapter 11 case of the Debtor is hereby closed, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1.

4.      Notwithstanding the closure of the Remaining Case, the Court expressly retains jurisdiction to: (a) enforce any of its orders issued in the Remaining

RLF1-3311101-1

2

Case; (b) enforce the terms and conditions of the Plan; (c) resolve any claim objections or other disputes relating to the Debtor; and (d) consider any proper requests to reopen the Remaining Case under section 350(b) of the Bankruptcy Code.

Dated: Sept 12 , 2008
Wilmington, Delaware

_____
THE HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1-3311101-1